*Ex parte* A. L. BEAL.

*Ex parte* SAM IVERS.

Nos. A-2896, A-2902.   Opinion Filed April 16, 1917.

(164 Pac. 988.)

*Habeas corpus* by A. L. Beal and by Sam Ivers against W. B. Nichols, Chief of Police of Oklahoma City. Writs allowed, and petitioners discharged.

*Albert S. Giles* and *J. D. Chastain,* for petitioners.

*B. D. Shear,* Municipal Counselor, and *Frank Watson,* for respondents.

PER CURIAM.   Upon petitions alleging that they were illegally restrained of their liberty, writs of *habeas corpus* issued, directed to W. B. Nichols, chief of police of Oklahoma City, and in obediance to the same the petitioners were brought before the court and returns made to the writs.

Upon the hearing, for the reasons stated in the opinions in *Ex parte Johnson, ante* p. 30, 161 Pac. 1097, and *Ex parte Monroe, ante* p. 62, 162 Pac. 233, the writs were allowed, and the petitioners discharged.